**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No:   22-40562 |
| | ) | |
| Ordaliza Guzman, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

**MOTION TO VOLUNTARILY CONVERT CASE FROM
CHAPTER 7 TO CHAPTER 13**

**COMES NOW** Ordaliza Guzman, Debtor in the above-styled case, by and through counsel of record and files this Motion to Voluntarily Convert Case from Chapter 7 to Chapter 13.

Dated: June 30, 2022

Respectfully submitted,

/s/
Dan Saeger
Attorney for Debtor
Georgia Bar No.680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720
(P) 706-529-5566

## **CERTIFICATE OF SERVICE**

      I certify that true and correct copies of Debtor's Motion to Voluntarily Convert case from Chapter 7 to Chapter 13 have been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed for delivery to:

All Parties on the attached Matrix.

Dated: June 30, 2022

                                                /s/_____
                                                Dan Saeger
                                                Attorney for Debtor
                                                Georgia Bar No. 680628

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720
(P) 706-529-5566

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-4<br>Case 22-40562-pwb<br>Northern District of Georgia<br>Rome<br>Thu Jun 30 08:37:19 EDT 2022 | BB&T<br>200 W 2nd St<br>Winston Salem, NC 27101-4049 | Ordaliza Guzman<br>1203 Foster St<br>Dalton, GA 30721-3919 |
| Midland Credit Management<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2710 | Tracey L. Montz<br>Suite 108-#406<br>2146 Roswell Road<br>Marietta, GA 30062-3815 | (p)NEW AMERICAN FUNDING<br>ATTN BANKRUPTCY DEPARTMENT<br>P O BOX 170581<br>AUSTIN TX 78717-0031 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Dan Saeger<br>Saeger & Associates, LLC<br>Suite D<br>706 S Thornton Ave<br>Dalton, GA 30720-8212 |
| Scenic Community Credit Union<br>9227 Lee Hwy<br>Ooltewah, TN 37363-8828 | Syncb/Lowes<br>PO Box 956005<br>Orlando, FL 32801 | Syncb/TJX<br>PO Box 965015<br>Orlando, FL 32896-5015 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| New American Funding<br>11001 Lakeline Blvd Bldg 1<br>Austin, TX 78717-5997 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total                  12 |