

**IT IS ORDERED as set forth below:**

**Date: July 6, 2022**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-40562-PWB |
| ORDALIZA GUZMAN, | |
| Debtor. | CHAPTER 7 |

## ORDER

The Debtor having filed a Motion to Convert from Chapter 7 to Chapter 13,

IT IS THE ORDER OF THE COURT that the relief prayed for be, and the same is, hereby GRANTED and the Debtor may proceed under Chapter 13.

IT IS THE ORDER OF THE COURT that the Debtor shall file, within 14 days of the entry of this Order, a Chapter 13 Plan and amended Schedules of Assets and Liabilities (if necessary).

The Clerk is directed to serve copies of this Order on the Debtor, counsel for the Debtor, and all parties in interest.

**END OF ORDER**