UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

**TRUSTEE'S SUPPLEMENTAL REPORT
FOLLOWING CONFIRMATION HEARING**

CASE NO.   R22-40562-PWB         PAUL W. BONAPFEL, JUDGE
DEBTOR(S): ORDALIZA GUZMAN       DATE: SEPTEMBER 21, 2022

     BRANDI L. KIRKLAND REPORT BACK IN 10 DAYS

     WHETHER THE DEBTOR(S) PLAN PAYMENTS ARE CURRENT.
     WHETHER THE DEBTOR(S) ATTORNEY HAS RE-NOTICED THE
     CONFIRMATION HEARING.

     THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

     RECOMMENDS AGAINST CONFIRMATION BECAUSE:
     THE DEBTOR(S) PLAN PAYMENTS REMAIN DELINQUENT.

     PLEASE ENTER AN ORDER RE-CONVERTING CHAPTER 13 CASE
     TO ONE UNDER CHAPTER 7. PURSUANT TO 11 U.S.C. SECTION
     1307 SUBMITTED HEREWITH.

     October 6, 2022


                         _____/s/_____
                         BRANDI L. KIRKLAND, ATTORNEY
                         STATE BAR NO. 423627




K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com

R22-40562-PWB

## **CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

ORDALIZA GUZMAN
1203 FOSTER STREET
DALTON, GA 30721-3919

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES, LLC

This 6th day of October, 2022

               /s/
Brandi L. Kirkland, Attorney
State Bar No. 423627

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave, NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
brandik@atlch13tt.com