UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ORDALIZA GUZMAN, | ) | CASE NO. 22-40562-PWB |
| | ) | |
| DEBTOR. | ) | |

## NOTICE OF REAPPOINTMENT OF TRUSTEE
## AND MEETING OF CREDITORS

Notice is given that **Tracey Montz** is reappointed as trustee in this case and is designated to preside over the meeting of creditors called pursuant to Federal Rule of Bankruptcy Procedure 2003. The trustee shall serve under the blanket bond heretofore approved. The name and address of the reappointed trustee and the date, time, and location of the meeting of creditors are as follows:

| | |
|---|---|
| **Tracey L. Montz**<br>2146 Roswell Road<br>Suite 108 #406<br>Marietta, GA 30062<br>Phone: (404)713-6472 | **December 1, 2022, at 8:50 a.m.**<br><br>The meeting will be held by telephone conference call.<br>To attend, dial: **866-646-7791**.<br>When prompted, enter participant code: **2122004#.** |

Notice given by:

NANCY J. GARGULA[1]
UNITED STATES TRUSTEE

*s/ Jeneane Treace*
R. Jeneane Treace
GA Bar No. 716620
United States Department of Justice
Office of the United States Trustee
362 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4437
jeneane.treace@usdoj.gov

---

[1] Nancy J. Gargula, United States Trustee for Region 10, is acting in this matter for Mary Ida Townson, United States Trustee for Region 21, who is recused from this case.