**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Rome Division

In Re: Debtor(s)
**Ordaliza Guzman**
1203 Foster St
Dalton, GA 30721−3919

xxx−xx−4383

Case No.: **22−40562−pwb**
Chapter: **7**
Judge: **Paul W. Bonapfel**

# NOTICE REGARDING RESCHEDULING OF MEETING OF CREDITORS OF CHAPTER 7 DEBTOR

Debtor did not appear at the previously scheduled Section 341 Meeting of Creditors. The Meeting of Creditors has been rescheduled to:

**2/2/23** at **01:30 PM**
**Meeting will be telephonic. To attend, Dial: 866−646−7791 and enter: 2122004, when prompted for participation code.**.

In accordance with 11 U.S.C. § 343 of the Bankruptcy Code, debtor must appear at the Meeting of Creditors and submit to examination under oath. If debtor fails to appear at the rescheduled Meeting of Creditors, the case may be dismissed without further notice or hearing, in accordance with General Order No. 2 as entered by this Court on October 5, 2005.

Dated: January 5, 2023

M. Regina Thomas
Clerk of Court

Form 424

United States Bankruptcy Court

Northern District of Georgia

In re: Case No. 22-40562-pwb

Ordaliza Guzman Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6      User: bncadmin      Page 1 of 2

Date Rcvd: Jan 05, 2023      Form ID: 424      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Ordaliza Guzman, 1203 Foster St, Dalton, GA 30721-3919 |
| 23836770 | Scenic Community Credit Union, 9227 Lee Hwy, Ooltewah, TN 37363-8828 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23836767 | + | Email/Text: bankruptcy@bbandt.com | Jan 05 2023 20:32:00 | BB&T, 200 W 2nd St, Winston Salem, NC 27101-4049 |
| 23836768 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 05 2023 20:32:00 | Midland Credit Management, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 23969895 | | Email/Text: Bankruptcy@nafinc.com | Jan 05 2023 20:31:00 | Broker Solutions Inc. dba New American Funding, 11001 Lakeline Blvd. No. 325, Austin, TX 78717 |
| 23836769 | | Email/Text: Bankruptcy@nafinc.com | Jan 05 2023 20:31:00 | New American Funding, 11001 Lakeline Blvd Bldg 1, Austin, TX 78717-5997 |
| 23978675 | | Email/Text: bkecf@padgettlawgroup.com | Jan 05 2023 20:32:00 | Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 |
| 23839417 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 05 2023 20:39:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 23836771 | | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2023 20:38:51 | Syncb/Lowes, PO Box 956005, Orlando, FL 32801 |
| 23836772 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2023 20:39:08 | Syncb/TJX, PO Box 965015, Orlando, FL 32896-5015 |
| 23953527 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2023 20:38:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 23929999 | + | Email/Text: bankruptcy@bbandt.com | Jan 05 2023 20:32:00 | Truist Bank, Support Services, 306-40-06-10, PO Box 85092, Richmond, VA 23285-5092 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 113E-6                      User: bncadmin                                                            Page 2 of 2
Date Rcvd: Jan 05, 2023                   Form ID: 424                                                              Total Noticed: 12

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023                        Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dan Saeger | on behalf of Debtor Ordaliza Guzman dansaeger@gmail.com G64511@notify.cincompass.com |
| Janica Drayton | on behalf of Creditor Broker Solutions  Inc. D/B/A New American Funding janica.drayton@padgettlawgroup.com |
| Julian T. Cotton | on behalf of Creditor Broker Solutions  Inc. D/B/A New American Funding BKECF@Padgettlawgroup.com, Julian.Cotton@Padgettlawgroup.com;robin.lindsey@padgettlawgroup.com;Tiffany.Linen@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| R. Jeneane Treace | on behalf of U.S. Trustee Office of the United States Trustee jeneane.treace@usdoj.gov |
| Tracey L. Montz | on behalf of Trustee Tracey L. Montz tmontztrustee@gmail.com tlm@trustesolutions.net |
| Tracey L. Montz | tmontztrustee@gmail.com tlm@trustesolutions.net |

TOTAL: 7