

**IT IS ORDERED as set forth below:**

Date: February 1, 2023

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No: 22-40562-PWB |
| | ) | |
| Ordaliza Guzman, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

### ORDER ON MOTION TO VOLUNTARILY RECONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

The Debtor filed this case as a Chapter 7 on May 3, 2022.

A motion to convert the case to Chapter 13 was filed on June 30 2022 and the case was then converted to a Chapter 13 case on July 6, 2022.

An Order Reconverting the case to Chapter 7 was granted on October 14, 2022.

The motion to voluntarily reconvert the case from Chapter 7 to Chapter 13 was filed on November 29, 2022. (Doc. 34).

A hearing on the motion was held on December 14, 2022 and the Attorneys for the Debtor and the Trustee appeared and no opposition was announced. It is hereby

ORDERED, that the above-styled Chapter 7 case is Re-converted to a Chapter 13 proceeding. It is further

ORDERED that the debtor will make the case substantially current within 10 days of the date of this order. It is further

ORDERED, that if the payment is not made, the case will be converted to a Chapter 7 proceeding without further notice or a hearing.

[END OF DOCUMENT]

Prepared and Presented by:

_____/s/_____
Dan Saeger
Georgia Bar No. 680628
SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720

## DISTRIBUTION LIST

All parties on the mailing matrix.